FILED
AUG 2 2 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION OF SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Brad Keith Lee DEFENDANT(S). | CASE NUMBER SA CR 08-176 / SA CR 08-177 |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of **defendant**, IT IS ORDERED that a detention hearing is set for **Tuesday, 8/26/08**, at **3:00** ☐ a.m. / ☒ p.m. before the Honorable **Robert N. Block**, in Courtroom **6A**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **8/22/08**

_____
U.S. District Judge/Magistrate Judge

ORIGINAL